UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NOAH MOSLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEW JERSEY,** *et al.*,<br><br>Defendants. | Civil Action No. 20-18885 (ZNQ) (DEA)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon: a Motion to Dismiss pursuant to Rule 12(b)(6) filed by the Township of Edison, Charles Zundel, and Michael Carullo. (the "Edison Motion," ECF No. 2); a Motion for Judgment on the Pleadings pursuant to Rule 12(c) filed by the County of Middlesex (the "Middlesex Motion," ECF No. 12); and a Motion to Dismiss pursuant to Rule 12(b)(6) filed by the State of New Jersey, Andrew Carey, Tzvi Dolinger, and Bina K. Desai (the "State Motion," ECF No. 20).  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **31st** day of **August 2022,**

**ORDERED** that the Edison Motion (ECF No. 2) is hereby **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that Counts XI and XII against Township of Edison, Charles Zundel, and Michael Carullo are dismissed with prejudice as time-barred; and it is further

**ORDERED** that Counts XIII, XIV, and XV against Township of Edison, Charles Zundel, and Michael Carullo are dismissed without prejudice; and it is further

**ORDERED** that Counts I, II, III, IV, V, VI, VII, VIII, IX, and X against Township of Edison, Charles Zundel, and Michael Carullo are remanded to state court pursuant to 18 U.S.C. § 1367(c)(3); and it is further

**ORDERED** that the State Motion (ECF No. 20) is hereby **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that Counts XI, XII, XIII, XIV, and XV against the State of New Jersey are hereby dismissed with prejudice; and it is further

**ORDERED** that Counts I, II, III, IV, V, VI, VII, VIII, IX, and X against State of New Jersey are remanded to state court pursuant to 18 U.S.C. § 1367(c)(3); and it is further

**ORDERED** that Counts XI, XII, XIII, XIV, and XV against Andrew Carey, Tzvi Dolinger, and Bina K. Desai are hereby dismissed with prejudice; and it is further

**ORDERED** that Counts I, II, III, IV, V, VI, VII, VIII, IX, and X against Andrew Carey, Tzvi Dolinger, and Bina K. Desai are remanded to state court pursuant to 18 U.S.C. § 1367(c)(3); and it is further

**ORDERED** that the Middlesex Motion (ECF No. 12) is hereby **GRANTED** and that all counts against Defendant County of Middlesex are hereby dismissed with prejudice; and it is further

**ORDERED** that Plaintiff shall file any Motion for Leave to File an Amended Complaint by **September 30, 2022**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

                                              s/ Zahid N. Quraishi
                                              **ZAHID N. QURAISHI**
                                              **UNITED STATES DISTRICT JUDGE**